TAI ON LUCK CORP. v. ASSUNTA CIROTA et al.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.